UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BENSON AND RUSS, INC.,
MART BENSON FARMS, INC., and
RUSS COMPANY, INC.,

*Plaintiffs*,

v.

SYNGENTA AG, SYNGENTA CROP
PROTECTION AG, SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC, and
SYNGENTA SEEDS, LLC,

*Defendants.*

No. 4:16-cv-00296

## ORDER STAYING CASE PENDING TRANSFER OF THIS ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Upon considering Syngenta's Consent Motion for Stay Proceedings Pending Decision on the MDL Transfer, it is ORDERED that the Motion is GRANTED. All proceedings and deadlines in this case are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Litig.*, MDL No. 2591 (J.P.M.L. 2014).

So ordered this 30 day of December, 2016.

_____
The Honorable Terrence W. Boyle
United States District Court Judge